**United States District Court**
For the Northern District of California

1

2

3                        UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6    TADEUSZ WYRZYKOWSKI,                          No. C 11-03239 JCS

7              Plaintiff(s),
                                                   **ORDER TO SHOW CAUSE**
8         v.

9    COUNTY OF MARIN, ET AL.,

10             Defendant(s).
     _____/

11

12        Pursuant to Civil L.R. 16-2, a case management conference was scheduled on October 14,

13   2011, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not

14   present.

15        IT IS HEREBY ORDERED that Plaintiff appear on **November 4, 2011, at 1:30 p.m.,** before

16   Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San

17   Francisco, California, and then and there to show cause why this action should not be dismissed for

18   Plaintiff's failure to appear at the case management conference on October 14, 2011, for failure to

19   comply with the Court's Order dated June 30, 2011, and for failure to prosecute this action.

20        IT IS SO ORDERED.

21

22   Dated:  October 18, 2011

23                                                 _____
                                                   JOSEPH C. SPERO
24                                                 United States Magistrate Judge

25

26

27

28