IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TADEUSZ WYRZYKOWSKI,<br><br>         Plaintiff,<br><br>  v.<br><br>COUNTY OF MARIN, *et al.*,<br><br>         Defendants.<br>                                     / | No. C 11-3239 SI<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE REQUEST TO RECONSIDER ORDER DENYING EXTENSION OF TIME AND DISMISSING THIS LAWSUIT WITHOUT LEAVE TO AMEND** |

Plaintiff has filed an ex parte request to reconsider the Court's December 19, 2011 order denying his request for a 180 day extension of time to file a third amended complaint. In an order filed November 28, 2011, the Court granted defendants' motion to dismiss the second amended complaint and set a deadline of December 22, 2011 for the filing of the third amended complaint. On December 13, 2011, plaintiff sought a 180 day extension of time to file a third amended complaint on the ground that this lawsuit was causing him stress and negatively affecting his health. The December 19, 2011 order denied plaintiff's request because this case was filed in June 2011, and plaintiff had already amended the complaint twice. Plaintiff's ex parte request for reconsideration does not set forth a new basis for granting plaintiff an extension of time, and accordingly plaintiff's request is DENIED.

On December 22, 2011, plaintiff filed a document titled "Submitting the Merits of/for 2nd Amended Complaint." Whether this document is treated as a third amended complaint or a motion for reconsideration of the dismissal of the second amended complaint, the Court finds that plaintiff's December 22, 2011 filing does not state a claim. The December 22, 2011 filing consists of a statement

of facts and a number of exhibits such as postal receipts and copies of tax documents, and copies of correspondence between plaintiff and Marin County officials. The December 22, 2011 filing does not allege a basis for this Court's jurisdiction, nor does the filing allege any claims for relief. Accordingly, the Court DISMISSES THIS CASE WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND.

**Aside from the filing of a notice of appeal, plaintiff is directed not to file any further documents in this closed case.**

**IT IS SO ORDERED.**

Dated: January 8, 2012

SUSAN ILLSTON
United States District Judge