IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TADEUSZ WYRZYKOWSKI, | No. C 11-3239 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF MARIN, *et al.*, | |
| Defendants. | |

This lawsuit has been dismissed without prejudice and without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 8, 2012

SUSAN ILLSTON
United States District Judge