**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TADEUSZ WYRZYKOWSKI,　　　　　　　　　No. C 11-3239 SI

　　　　Plaintiff,　　　　　　　　　　　　　　**JUDGMENT**

　v.

COUNTY OF MARIN, *et al.*,

　　　　Defendants.
　　　　　　　　　　　　　　　　　　/

　　　This lawsuit has been dismissed without prejudice and without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 8, 2012

　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge