IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TADEUSZ WYRZYKOWSKI,

    Plaintiff,

v.

COUNTY OF MARIN, *et al.*,

    Defendants.

    No. C 11-3239 SI

**ORDER RE: PLAINTIFF'S AUGUST 24, 2012 LETTER**

On August 24, 2012, plaintiff filed a letter asking, among other things, "what is/will be the date of the final judgment?" Docket No. 47. The Court informs plaintiff that judgment was entered on January 8, 2012. Plaintiff filed a notice of appeal of that judgment, and in an order filed June 12, 2012, the Ninth Circuit affirmed this Court's judgment. Docket No. 44.

Accordingly, this case is closed. No further filings will be accepted in this closed case.

**IT IS SO ORDERED.**

Dated: September 7, 2012

SUSAN ILLSTON
United States District Judge